KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7220
Facsimile: (415) 436-7234
Email: william.c.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 06-00190 MHP |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| ERIC HOSKINS, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on April 17, 2006 for status. The defendant was represented by Geoffrey Hansen and the government was represented by William C. Martin, Assistant United States Attorney. The case was set for May 8, 2006 for status and/or motions and trial setting at 10:00 A.M.

The Court made a finding on the record that the time from and including April 17 through May 8, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00190 MHP**

interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until May 8, 2006, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: April 17, 2006  
/s/  
GEOFFREY HANSEN  
Attorney for Defendant

DATED: April 17, 2006  
/s/  
WILLIAM C. MARTIN  
Assistant U.S. Attorney

So ordered.

DATED: April 18, 2006

MARILYN HALL PATEL  
UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [PROPOSED]  
ORDER EXCLUDING TIME  
CR 06-00190 MHP                    2