1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  WILLIAM C. MARTIN (ILBN 6272668)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-7220
7      Facsimile: (415) 436-7234
       Email: william.c.martin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   Criminal No. CR 06-00190 MHP
                                    )
15      Plaintiff,                  )
                                    )
16                                  )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING ORAL**
17      v.                          )   **ARGUMENT ON MOTION TO**
                                    )   **SUPPRESS AND EXCLUDING TIME**
18                                  )
   ERIC HOSKINS,                    )
19                                  )
        Defendant.                  )
20 _____)

21
        The above-captioned matter came before the Court on May 8, 2006 for status.  The
22
   defendant was represented by Geoffrey Hansen and the government was represented by William
23
   C. Martin, Assistant United States Attorney.  Upon the defendant's request to file a motion to
24
   suppress in this case, the Court ordered the defendant to file his motion by May 30, 2006.  The
25
   government was given until June 6, 2006 to file its response.  At that time the defendant waived
26
   his desire to file a reply brief and the Court then set June 12, 2006 at 10:00 A.M. for argument on
27
   the motion to suppress.  The parties now hereby stipulate and agree that the date for the oral
28
   argument on the motion to suppress be continued to July 10, 2006 at 10:00 A.M. to allow the

**STIPULATION AND [PROPOSED]**
**ORDER CONTINUING ORAL ARGUMENT**
**and EXCLUDING TIME**
**CR 06-00190 MHP**

defendant to file a reply to government's response.

The parties represent that the hearing should be continued until July 10, 2006, in order to both accommodate the defendant request to file a reply brief as well as accommodate the impact on the government counsel's calendar as a result of the defendant's request.  Under the revised schedule, as agreed to by the parties, the government would have until June 13, 2006 to file its response to the motion to suppress and the defendant would have until June 20, 2006 to file a reply.

The parties also stipulate and request that an exclusion of time until July 10, 2006 be granted under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).  The time should be excluded based upon the defendant's request to file a pretrial motion in this case; and the period excluded would include the date of filing of the motion through the conclusion of the hearing on the motion.

SO STIPULATED

DATED: June 6, 2006                         /s/
                                            GEOFFREY HANSEN
                                            Attorney for Defendant


DATED: June 6, 2006                         /s/
                                            WILLIAM C. MARTIN
                                            Assistant Untied States Attorney

SO ORDERED.

DATED:  June 6, 2006

MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [PROPOSED]
ORDER CONTINUING ORAL ARGUMENT
and EXCLUDING TIME
CR 06-00190 MHP                             2