KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-190 MHP |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 18, 2006 TO OCTOBER 2, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| ERIC HOSKINS, | |
| Defendant. | |

    The parties appeared before the Honorable Marilyn Hall Patel on September 18, 2006.

    With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act from September 18, 2006 to October 2, 2006, in light of the need for the parties to discuss the appropriate means of resolving this case and in light of the recent change of government counsel.  Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for new counsel to review the case file.  The parties have already discussed a plea agreement, and expect that the Defendant will enter a guilty plea on October 2, 2006.

STIP & [PROP.] ORDER
06-190 MHP

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 18, 2006, to October 2, 2006 outweigh the best interest of the public and the defendant in a speedy trial.

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 18, 2006, to October 2, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A) & (B)(iv).

    4. The Court schedules a change of plea hearing on October 2, 2006 at 10:00 a.m.

    IT IS SO STIPULATED.

DATED: September 18, 2006　　　　　　　　　　　/S/  
　　　　　　　　　　　　　　　　　　　　　　TRACIE L. BROWN  
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: September 19, 2006　　　　　　　　　　　/S/  
　　　　　　　　　　　　　　　　　　　　　　GEOFFREY A. HANSEN  
　　　　　　　　　　　　　　　　　　　　　　Attorney for ERIC HOSKINS

    IT IS SO ORDERED.

DATED: 9/27/2006



THE HON. MARILYN H. PATEL  
IT IS SO ORDERED  
Judge Marilyn H. Patel

STIP & [PROP.] ORDER  
06-190 MHP　　　　　　　　　　2