E-filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED

FEB 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00190-1 MHP |
| Eric Hoskins | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___February 5, 2007___ be continued until ___May 7, 2007___ at ___9:30 a.m.___ (9:30 crossed out, replaced with 9:00).

Date: 2/1/07

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04