1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6838
7      FAX: (415) 436-7234
       tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. 06-00190 MHP
                                     )
15        Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME
16     v.                            )
                                     )
17  ERIC HOSKINS,                    )
                                     )    SAN FRANCISCO VENUE
18        Defendant.                 )
                                     )
19  _____)

20

21      On May 7, 2007, the parties in this case appeared before the Honorable Marilyn Patel for

22  Sentencing. Assistant Federal Public Defender Steven Koeninger appeared in court in place of

23  Assistant Federal Public Defender Geoffrey Hansen. The defendant was present. At that time,

24  the parties stipulated that time should be excluded from the Speedy Trial Act calculations from

25  May 7, 2007 through May 22, 2007, for effective preparation and continuity of counsel, because

26  Assistant Federal Public Defender Geoffrey Hansen requested a continuance due to the fact that

27  he was unable to appear in court due to a family emergency. The parties represented that granting

28  the continuance was the reasonable time necessary for effective preparation of both defense

Stipulation and [Proposed] Order
CR 06-00190 MHP

counsel and the United States, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(B)(iv).  The parties also agreed that the end of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).

**IT IS SO STIPULATED.**

                      Respectfully submitted,

                      SCOTT N. SCHOOLS
                      United States Attorney

DATED: 5/7/07            /s/ Tamara Weber
                      TAMARA WEBER
                      Special Assistant United States Attorney

DATED: 5/7/07
                      /s/ Geoffrey Hansen
                      GEOFFREY HANSEN
                      Assistant Federal Public Defender

     As the Court found on May 7, 2007 and for the reasons stated above, the Court finds that an exclusion of time between May 7, 2007, through May 22, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).  The next court date is May 22, 2007 at 11:00 a.m.

IT IS SO ORDERED.

DATED: May 8, 2007
                      THE HONORABLE
                      United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*

Stipulation and [Proposed] Order
CR 06-00190 MHP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order
CR 06-00190 MHP